**Order entered May 5, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01495-CV

## IN THE MATTER OF THE GUARDIANSHIP OF DORIS L. TIPPS

**On Appeal from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. PR-13-3072-3**

## ORDER

We **DEFER** to the submissions panel appellee Cumberland Trust and Investment Company's April 24, 2015 motion to strike documents in appellant's appendix.

/s/    CRAIG STODDART
       JUSTICE